**FILED**
April 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 2:13-mj-00128-CKD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| NORRIS DRUMMOND, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Norris Drummond</u>; Case <u>2:13-mj-00128-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of _____

  _X_   Unsecured Appearance Bond in the amount of $100,000, co-signed by parents, and aunt.

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond secured by Real Property

  ___   Corporate Surety Bail Bond

  _X_   (Other) <u>Pretrial Supervision/Conditions.</u> Ordered to appear in Alaska on 5/13/2013 at 2:30 before Magistrate Judge Deborah M. Smith.

Issued at  <u>Sacramento, CA</u>  on  4/25/2013  at  2:50 p.m.

By  /s/ Carolyn Delaney
Carolyn K. Delaney
United States Magistrate Judge